CHAPIN FITZGERALD LLP
    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
    kfitzgerald@cftriallawyers.com
    Curtis G. Carll, Esq. (SBN: 248470)
    ccarll@cftriallawyers.com
550 West "C" Street, Suite 2000
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

Attorneys for Plaintiff
Sophia & Chloe, Inc.


KANE KESSLER, P.C.
    Dana M. Susman, Esq., (Admitted *pro hac vice*)
    dsusman@kanekessler.com
1350 Avenue of the Americas
New York, New York 10019
Tel: (212) 519-5136
Fax: (212) 245-3009


KNOBBE, MARTENS, OLSON & BEAR, LLP
    Lynda J. Zadra-Symes, Esq. (SBN: 156511)
    Lynda.zadra-symes@knobbe.com
    Lauren Keller Katzenellenbogen, Esq. (SBN: 223370)
    lauren.katzenellenbogen@knobbe.com
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: (949) 760-0404
Fax: (949) 760-9502


Attorneys for Defendant
Trebbianno, LLC

Joint Motion to Dismiss All Claims and Counterclaims with Prejudice
Sophia & Chloe v. Kobra Int'l, et al., Case No. 13-cv-00596 AJB (KSC)

LAW OFFICES OF DAVID C. BERG
    David C. Berg, (Admitted *pro hac vice*)
    davidberg@dberglaw.com
    Anne M. Christon, Esq., (Admitted *pro hac vice*)
    annechriston@dberglaw.com
425 Madison Avenue-19th floor
New York, New York 10017
Tel:  (212) 829-0400
Fax:  (212) 829-9398

BROWNE GEORGE ROSS LLP
    Peter W. Ross, Esq. (SBN: 109741)
    pross@bgrfirm.com
    Keith J. Wesley, Esq. (SBN: 229276)
    kwesley@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697


Attorneys for Defendant
Kobra International, Ltd.
(d/b/a Nicole Miller)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sophia & Chloe, Inc.**, *a California corporation,*<br><br>Plaintiff,<br><br>v.<br><br>**Kobra International, Ltd.**, *a New York corporation d/b/a* Nicole Miller<br><br>**Trebbianno, LLC**, *a New York limited liability company*<br><br>Defendants. | Case No.:   13-cv-00596 AJB (KSC)<br><br>**Joint Motion to Dismiss With Prejudice**<br><br>Assigned To: Hon. Anthony J. Battaglia<br>Courtroom: 3B<br><br>Action Filed: March 14, 2013 |

The parties hereby jointly request that this action be dismissed with prejudice, in its entirety, with all parties bearing their own attorneys' fees and costs.

Dated: August 14, 2013  CHAPIN FITZGERALD LLP

By: /s/ Kenneth M. Fitzgerald
Kenneth M. Fitzgerald, Esq.
Curtis G. Carll, Esq.
Attorneys for Plaintiff
Sophia & Chloe, Inc.

Dated: August 14, 2013  KANE KESSLER, P.C.

By: /s/ Dana M. Susman
Dana M. Susman, Esq.
Attorney for Defendant
Trebbianno, LLC

Dated: August 14, 2013  KNOBBE, MARTENS, OLSON & BEAR, LLP

By: /s/ Lynda J. Zadra-Symes
Lynda J. Zadra-Symes, Esq.
Lauren Keller Katzenellenbogen, Esq.
Attorneys for Defendant
Trebbianno, LLC

| | | |
|---|---|---|
| Dated: August 14, 2013 | | LAW OFFICES OF DAVID C. BERG |

                                               By: /s/ David C. Berg
                                                   David C. Berg, Esq.
                                                   Anne M. Christon, Esq.
                                                   Attorneys for Defendant
                                                   Kobra International, Ltd.
                                                   (*d/b/a* Nicole Miller)

Dated: August 14, 2013                      BROWNE GEORGE ROSS LLP

                                               By: /s/ Peter W. Ross
                                                 Peter W. Ross, Esq.
                                                 Keith J. Wesley, Esq.
                                                 Attorneys for Defendant
                                                 Kobra International, Ltd.
                                                 (*d/b/a* Nicole Miller)